IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 et seq., ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. |
| EVOYWEST CHICAGO, LLC, an Illinois limited liability company, STANDARD BANK AND TRUST COMPANY, as IRA Trustees, WASHINGTON BOULEVARD APARTMENTS 2006 LLC, an Illinois limited liability company, JOSEPH ARDOVITCH, an individual, JAMES MINICK, an individual, DENNIS MADSEN, an individual, ) ) ) ) ) ) ) ) ) ) | Hon. Milton I. Shadur |
| Defendants. ) | |

### AMENDMENT TO VERIFIED COMPLAINT FOR FORECLOSURE AND OTHER RELIEF

Federal National Mortgage Association ("Fannie Mae"), by and through its attorneys, hereby submits this Amendment to its Verified Complaint for Foreclosure and Other Relief (the "Complaint"), in accordance with the Court's instructions in its Memorandum Order of December 10, 2009 (Dkt. No. 11). Fannie Mae hereby amends Paragraphs 10-12 of its Complaint as follows:

10. Defendant Joseph Ardovitch ("Ardovitch") is an individual and a domiciliary and citizen of Illinois whose address is 5417 S. Melvina Ave., Chicago, IL, 60638-2654. Ardovitch assumed liability as a Key Principal through the Note and Mortgage.

11.     Defendant James Minick ("Minick") is an individual and a domiciliary and citizen of Illinois whose address is 18 Elizabeth Lane, Downers Grove, Illinois, 60516-4466.  Minick assumed liability as a Key Principal through the Note and Mortgage.

12.     Defendant Dennis Madsen ("Madsen") is an individual and a domiciliary and citizen of Indiana whose address is 2850 Jarrett Drive, Schererville, Indiana, 46375-2384. Madsen assumed liability as a Key Principal through the Note and Mortgage.

> Respectfully submitted,
>
> FEDERAL NATIONAL MORTGAGE ASSOCIATION
>
>
> By:    /s/   Thomas C. Hardy
>         One of Its Attorneys

December 10, 2009

Jill L. Murch - #6257217
William J. McKenna - #3124763
Dean M. Victor - #6210334
Thomas C. Hardy - #6294305
Foley & Lardner LLP
321 N. Clark St., Ste 2800
Chicago, Illinois 60654
Ph:  (312) 832-4500
Fax:  (312) 832-4700

CHIC_4584818.1