IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COMMUNITY INITIATIVES, INC., assignee
of FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation established
pursuant to 12 U.S.C. § 1716 et seq.,

    Plaintiff,
v.

EVOYWEST CHICAGO, LLC, an Illinois
limited liability company, STANDARD BANK
AND TRUST COMPANY, as IRA Trustees,
WASHINGTON BOULEVARD APARTMENTS
2006 LLC, an Illinois limited liability company,
JOSEPH ARDOVITCH, an individual, JAMES
MINICK, an individual, DENNIS MADSEN, an
Individual,

    Defendants.

No. 2009-cv-07624
Hon. Milton I. Shadur

## PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, Community Initiatives, Inc., by Ian Burns,, one of its attorneys, and in support of its Motion for Default Judgment against Washington Boulevard Apartments 2006, LLC and Standard Bank and Trust Company, as IRA Trustees (the "Defendants") pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. Plaintiff initiated these proceedings on December 9, 2009, seeking a Judgment of Foreclosure and Sale.

2. Defendant, Washington Boulevard Apartments 2006, LLC was duly served with a copy of the Complaint and Summons on December 14, 2009 as set forth on the attached Certificate of Service.

3. Defendant, Standard Bank and Trust Company, as IRA Trustees, was duly served with a copy of the Complaint and Summons on December 14, 2009 as set forth on the attached Certificate of Service.

3. More than twenty (20) days have elapsed since the Defendants were served, and they have failed to answer, plead, or otherwise defend the allegations of Plaintiff's Complaint.

4. Defendants' failure to defend and deny the allegations of Plaintiff's complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment.

5. Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Judgment Affidavit.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order of Default Judgment of Foreclosure against the Defendants, for that amount set forth and made certain in its Judgment Affidavit.

Respectfully submitted,

/s/ Ian M. Burns

Ian M. Burns, #6282599
iburns@hrolaw.com
Hauselman Rappin & Olswang Ltd.
39 South LaSalle Street, Suite 1105
Chicago, Illinois 60603
T: (312) 372-2020
F: (312) 372-0404

for Default Judgment 7/27/09