IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

COMMUNITY INITIATIVES, INC., assignee
of FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation established
pursuant to 12 U.S.C. § 1716 et seq.,

    Plaintiff,
    v.

EVOYWEST CHICAGO, LLC, an Illinois
limited liability company, STANDARD BANK
AND TRUST COMPANY, as IRA Trustees,
WASHINGTON BOULEVARD APARTMENTS
2006 LLC, an Illinois limited liability company,
JOSEPH ARDOVITCH, an individual, JAMES
MINICK, an individual, DENNIS MADSEN, an
Individual,

    Defendants.

No. 2009-cv-07624
Hon. Milton I. Shadur

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, Community Initiatives, Inc., by Ian Burns,, one of its attorneys, and in support of its Motion for Entry of Judgment of Foreclosure and Sale, states as follows:

Plaintiff moves this court for entry of a Judgment for Foreclosure and Sale under 735 ILCS 5/15-1506 based on the pleadings of record with this court.

Respectfully submitted,

/s/ Ian M. Burns

Ian M. Burns, #6282599
iburns@hrolaw.com
Hauselman Rappin & Olswang Ltd.
39 South LaSalle Street, Suite 1105
Chicago, Illinois 60603
T: (312) 372-2020
F: (312) 372-0404

1