FILED
12-1-2010
DEC - 1 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUNITY INITIATIVES, INC., ASSIGNEE OF FEDERAL NATIONAL MORTGAGE ASSOCATION, A CORPORATION ESTABLISHED PURSUANT TO 12 U.S.C § 1716 ET SEQ.<br><br>Plaintiff,<br><br>-v.-<br><br>EVOYWEST CHICAGO, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, et al<br><br>Defendant | 09 CV 07624 |

### NOTICE OF SPECIAL COMMISSIONER'S SALE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on October 27, 2010, an agent of The Judicial Sales Corporation, Special Commissioner appointed herein, will at 2:30 PM on December 15, 2010, at the Daley Center, 50 W. Washington - 23rd floor center lobby CHICAGO, IL, 60602, sell at public auction to the highest bidder, as set forth below, the following described real estate:

**\*PLEASE SEE ATTACHED RIDER FOR LEGAL DESCRIPTIONS AND PIN NUMBERS**

Commonly known as: 5500-5516 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5716-5726 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5912-5918 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5521-5537 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

3635-3645 WEST CERMAK, Chicago, IL 60623

5417-5429 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

The real estate is improved with multi-unit apartment buildings.

The judgment amount was $10,468,859.69.

Sale terms: **10% down of the highest bid by certified funds at the close of the auction;** The balance, including the Judicial sale fee for Abandoned Residential Property Municipality Relief Fund, which is calculated at the rate of $1 for each $1,000 or fraction thereof of the amount paid by the purchaser not to exceed $300, in certified funds, is due within twenty-four (24) hours. No fee shall be paid by the mortgagee acquiring the residential real estate pursuant to its credit bid at the sale or by any mortgagee, judgment creditor, or other lienor acquiring the residential real estate whose rights in and to

PARCEL 1:

Lots 49, 50, 51 and 52 in Block 1 in Craft's Addition to Austinville, a Subdivision of the West 36 1/4 acres of the South 43 3/4 acres of the West half of the Southwest Quarter of Section 9, Township 39 North, Range 13 East of the Third Principal Meridian, reference being had to the map of said Craft's Addition recorded March 29, 1871, as Document 89072 and re-recorded April 3, 1978, and Document 174822 in Cook County, Illinois.

PIN: 16-09-314-032

Property Address: 5500-5516 West Washington Boulevard
Chicago, IL 60644

PARCEL 2:

All that part of the Resubdivision of Lots 21 to 26, inclusive, in Block 3 in Henry Waller's Subdivision of the South 43 3/4 acres of the East 1/2 of the Southwest 1/4 of Section 8, Township 39 North, Range 13, East of the Third Principal Meridian, described as follows, to-wit: Beginning at a point of the North line of West Washington Boulevard at the Southeast corner of Lot 4 in said Resubdivision; thence North along the East line of said Lot 4, 139 feet 11 3/8 inches more or less, to the South line of a 10 foot alley and thence East along the South line of said 10 foot alley (being the North line of Lots 5, 6 & 7 in said Resubdivision) a distance of 76 feet and 7 1/4 inches more or less to the Intersection of the South line of said 10 foot alley with the West line of the North and South public alley as now occupied, East and adjoining said Lot 7; thence South along the West line of said North and South alley as now occupied, to the North line of West Washington Boulevard (being the South line of Lots 5, 6, and 7 in said Resubdivision) 77 feet 4 1/4 inches more or less, to the place of beginning in Cook County, Illinois.

PIN: 16-08-415-016

Property Address: 5716-5726 West Washington Boulevard
Chicago, IL 60644

PARCEL 3:

Lots 63 and 64 in Prairie Avenue Addition to Austin in the Southeast 1/4 of Section 8, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-08-413-016

Property Address: 5912-5918 West Washington Boulevard
Chicago, IL 60644

PARCEL 4:

Lots 1 and 2 (except the East 1 Vigintillionth Part thereof) and all of Lots 3 to 8 in Block 6 in Craft's Addition to Austinville, being Craft's Subdivision of the West 36 1/4 Acres of the South 43 3/4 Acres of the West 1/2 of the Southwest 1/4 of Section 9, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-09-318-001

Property Address: 5521-5537 West Washington Boulevard
                    Chicago, IL 60644

PARCEL 5:

Lots 1, 2, 3, 4, 5 and the East 8 feet of Lot 6 in Block 7 in Millard and Decker's Subdivision of the East 1/2 of the East 1/2 of the Northwest 1/4 of Section 26, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-26-106-005

Property Address: 3635-3645 West Cermak
                    Chicago, IL 60623

PARCEL 6:

Lots 1 to 5, both inclusive, and North 5 feet of Lot 6 in Block 4 in Craft's Addition ot Austinville, being a Subdivision of the West 36 1/4 Acres of the South 43 3/4 Acres of the West 1/2 of the Southwest 1/4 of Section 9, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-09-320-001

Property Address: 5417-5429 West Washington Boulevard
                    Chicago, IL 60644

Notice of Sale

the residential real estate arose prior to the sale. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court.

Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale

The property will **NOT** be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

If this property is a condominium unit, the purchaser of the unit at the foreclosure sale, other than a mortgagee, shall pay the assessments and the legal fees required by The Condominium Property Act, 765 ILCS 605/9(g)(1) and (g)(4). If this property is a condominium unit which is part of a common interest community, the purchaser of the unit at the foreclosure sale other than a mortgagee shall pay the assessments required by The Condominium Property Act, 765 ILCS 605/18.5(g-1).

**IF YOU ARE THE MORTGAGOR (HOMEOWNER), YOU HAVE THE RIGHT TO REMAIN IN POSSESSION FOR 30 DAYS AFTER ENTRY OF AN ORDER OF POSSESSION, IN ACCORDANCE WITH SECTION 15-1701(C) OF THE ILLINOIS MORTGAGE FORECLOSURE LAW.**

For information, contact Plaintiff's attorney: HAUSELMAN, RAPPIN & OLSWANG, LTD. , 39 South LaSalle Street - Suite 1105, CHICAGO, IL 60603, (312) 372-2020 .

THE JUDICIAL SALES CORPORATION
One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE
You can also visit The Judicial Sales Corporation at www.tjsc.com for a 7 day status report of pending sales.

HAUSELMAN, RAPPIN & OLSWANG, LTD.  Case # 09 CV 07624
39 South LaSalle Street - Suite 1105
CHICAGO, IL 60603
(312) 372-2020
Attorney File No.: 4400-203

Attorney Code. 4452

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUNITY INITIATIVES, INC., ASSIGNEE OF FEDERAL NATIONAL MORTGAGE ASSOCATION, A CORPORATION ESTABLISHED PURSUANT TO 12 U.S.C § 1716 ET SEQ.<br><br>Plaintiff,<br><br>-v.-<br><br>EVOYWEST CHICAGO, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, et al<br><br>Defendant | 09 CV 07624 |

PROOF OF MAILING NOTICE OF SALE

To:
- COLLINS, BARGIONE & VUCKOVICH C/O CHRISTOPHER BARGIONE, ADRIAN VUCKOVICH, MARAIKA COLLINS - ONE NORTH LASALLE ST., #300, Chicago, IL, 60602
- KEIL MARQUIS LARSON - 800 NORTH CLARK STREET, SUITE 222, Chicago, IL, 60610
- ORDOWER & ORDOWER, P.C. C/O MIKE STANLEY - ONE NORTH LASALLE ST., SUITE 1300, Chicago, IL, 60602

In compliance with 735 ILCS 5/15-1507(c), I served the attached Notice of Sale on the above-named persons at the above-listed addresses by depositing the same in the U.S. Mail at One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 at 5:00 p.m. on __11-30-2010__, with the proper postage prepaid.

OFFICIAL SEAL
RICHARD P GILTNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/10/14

The Judicial Sales Corporation

By: _____

Subscribed and sworn to before me on this __30__ day of __Nov__, 20 __10__

Notary Public

Attorney file number 4400-203

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650
(312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.