IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUNITY INITIATIVES, INC., ASSIGNEE OF FEDERAL NATIONAL MORTGAGE ASSOCATION, A CORPORATION ESTABLISHED PURSUANT TO 12 U.S.C § 1716 ET SEQ.<br><br>Plaintiff,<br><br>-v.-<br><br>EVOYWEST CHICAGO, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, STANDARD BANK AND TRUST COMPANY, AS IRA TRUSTEES, WASHINGTON BOULEVARD APARTMENTS 2006 LLC, JOSEPH ARDOVITCH , DENNIS MADSEN<br><br>Defendant | 09 CV 07624 |

## MOTION FOR ORDER APPROVING
## REPORT OF SALE AND DISTRIBUTION AND POSSESSION

NOW COMES THE PLAINTIFF, COMMUNITY INITIATIVES, INC., by Ian Burns, one of its attorneys, and moves this Court for an Order Approving the Special Commissioner's Report of Sale and Distribution and in support thereof states as follows:

1. This is an action to foreclose a note and mortgage held by the Plaintiff.

2. This Court entered a Judgment of Foreclosure and Sale on October 27, 2010.

3. Pursuant thereto, a Special Commissioner's Sale was held on December 15, 2010.

4. That 735 ILCS 5/15-1508 requires that a Report of Sale and Distribution be submitted to the Court for review and approval.

5. The real property that is the subject matter of this proceeding is a commercial property.

6. The real property was last inspected by movant, its insurers, investors, or agent on 12/15/2010.

7. A copy of the Special Commissioner's Report of Sale and Distribution is presented as Exhibit A to this Motion for the Court's review.

8. Copies of the Certificates of Publication are attached to this Motion as Exhibit B.

WHEREFORE, the Plaintiff requests that this Court enter an Order Approving the Report of Sale and Distribution and enter an Order for Possession in favor of the successful bidder, insurers, investors, and agents of the plaintiff, and against JOSEPH ARDOVITCH, DENNIS MADSEN.

Respectfully submitted,

/s/ Ian M. Burns

Ian M. Burns, #6282599
iburns@hrolaw.com
Hauselman Rappin & Olswang Ltd.
39 South LaSalle Street, Suite 1105
Chicago, Illinois 60603
T: (312) 372-2020
F: (312) 372-0404