IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMUNITY INITIATIVES, INC., ASSIGNEE OF FEDERAL NATIONAL MORTGAGE ASSOCATION, A CORPORATION ESTABLISHED PURSUANT TO 12 U.S.C § 1716 ET SEQ.<br><br>Plaintiff,<br><br>-v.-<br><br>EVOYWEST CHICAGO, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, et al<br><br>Defendant | 09 CV 07624 |

### REPORT OF SALE AND DISTRIBUTION

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby report that:

That pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on **December 15, 2010 at 2:30 PM**, at the The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, as set forth in the certificate of publication attached hereto and made a part hereof;

That the property was offered for sale at public auction to the highest bidder on the terms specified in said advertisement;

That COMMUNITY INITIATIVES, INC., ASSIGNEE OF FEDERAL NATIONAL MORTGAGE ASSOCATION, A CORPORATION ESTABLISHED PURSUANT TO 12 U.S.C § 1716 ET SEQ. (the plaintiff herein) offered and bid therefor the sum of ($2,000,000.00) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

**\*PLEASE SEE ATTACHED RIDER FOR LEGAL DESCRIPTIONS AND PIN NUMBERS**

Commonly known as: 5500-5516 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5716-5726 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5912-5918 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

5521-5537 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

3635-3645 WEST CERMAK, Chicago, IL 60623

5417-5429 WEST WASHINGTON BOULEVARD, Chicago, IL 60644

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, Special Commissioner appointed in the matter captioned above, do hereby further report:

That The Judicial Sales Corporation has executed and delivered to said bidder its Receipt(s) of Sale, copies of which are attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said bidder.

That upon confirmation of this sale, The Judicial Sales Corporation will execute and deliver a Deed to said bidder in accordance with said judgment and law.

That the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

To the plaintiff:

| | | | |
|---|---|---|---|
| 1. | The amount due under judgment | | $10,468,859.69 |
| 2. | Interest thereon (excluding attorney's fees) from date of judgment (10/27/2010) to date of sale (12/15/2010) at 0% per annum | | $3,091.90 |
| 3. | Publication costs | | $ 500.00 |
| 4. | Post judgment advances | | |
| | Advances | $17,844.76 | |
| | Total Advances | | $17,844.76 |

Subtotal $10,490,296.35

To the Special Commissioner, as commission $ 400.00

Total Amount Due $10,490,696.35
Total Proceeds of Sale $2,000,000.00
Surplus or (Deficiency) ($8,490,696.35)

Date: December 15, 2010

Attorney File No.: 4400-203

Respectfully submitted,
The Judicial Sales Corporation

By: [signature]

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650 (312) 236-SALE

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

PARCEL 1:

Lots 49, 50, 51 and 52 in Block 1 in Craft's Addition to Austinville, a Subdivision of the West 36 1/4 acres of the South 43 3/4 acres of the West half of the Southwest Quarter of Section 9, Township 39 North, Range 13 East of the Third Principal Meridian, reference being had to the map of said Craft's Addition recorded March 29, 1871, as Document 89072 and re-recorded April 3, 1978, and Document 174822 in Cook County, Illinois.

PIN: 16-09-314-032

Property Address: 5500-5516 West Washington Boulevard
 Chicago, IL 60644

PARCEL 2:

All that part of the Resubdivision of Lots 21 to 26, inclusive, in Block 3 in Henry Waller's Subdivision of the South 43 3/4 acres of the East 1/2 of the Southwest 1/4 of Section 8, Township 39 North, Range 13, East of the Third Principal Meridian, described as follows, to-wit: Beginning at a point of the North line of West Washington Boulevard at the Southeast corner of Lot 4 in said Resubdivision; thence North along the East line of said Lot 4, 139 feet 11 3/8 inches more or less, to the South line of a 10 foot alley and thence East along the South line of said 10 foot alley (being the North line of Lots 5, 6 & 7 in said Resubdivision) a distance of 76 feet and 7 1/4 inches more or less to the Intersection of the South line of said 10 foot alley with the West line of the North and South public alley as now occupied, East and adjoining said Lot 7; thence South along the West line of said North and South alley as now occupied, to the North line of West Washington Boulevard (being the South line of Lots 5, 6, and 7 in said Resubdivision) 77 feet 4 1/4 inches more or less, to the place of beginning in Cook County, Illinois.

PIN: 16-08-415-016

Property Address: 5716-5726 West Washington Boulevard
 Chicago, IL 60644

PARCEL 3:

Lots 63 and 64 in Prairie Avenue Addition to Austin in the Southeast 1/4 of Section 8, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-08-413-016

Property Address: 5912-5918 West Washington Boulevard
 Chicago, IL 60644

PARCEL 4:

Lots 1 and 2 (except the East 1 Vigintillionth Part thereof) and all of Lots 3 to 8 in Block 6 in Craft's Addition to Austinville, being Craft's Subdivision of the West 36 1/4 Acres of the South 43 3/4 Acres of the West 1/2 of the Southwest 1/4 of Section 9, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-09-318-001

Property Address: 5521-5537 West Washington Boulevard
                  Chicago, IL 60644

PARCEL 5:

Lots 1, 2, 3, 4, 5 and the East 8 feet of Lot 6 in Block 7 in Millard and Decker's Subdivision of the East 1/2 of the East 1/2 of the Northwest 1/4 of Section 26, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-26-106-005

Property Address: 3635-3645 West Cermak
                  Chicago, IL 60623

PARCEL 6:

Lots 1 to 5, both inclusive, and North 5 feet of Lot 6 in Block 4 in Craft's Addition ot Austinville, being a Subdivision of the West 36 1/4 Acres of the South 43 3/4 Acres of the West 1/2 of the Southwest 1/4 of Section 9, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.

PIN: 16-09-320-001

Property Address: 5417-5429 West Washington Boulevard
                  Chicago, IL 60644